| | |
|---|---|
| *Attorney or Party without Attorney:*<br>R. ALEXANDER SAVERI<br>SAVERI & SAVERI, INC.<br>111 PINE STREET<br>SUITE 1700<br>SAN FRANCISCO, CA 94111<br>*Telephone No:* 415-217-6810<br><br>*Attorney for:* Plaintiff | *For Court Use Only* |

*Ref. No. or File No.:* 68

*Insert name of Court, and Judicial District and Branch Court:*
United States District Court Northern District Of California

*Plaintiff:* THOMAS SCHELLY, et al.
*Defendant:* AIR NEW ZEALAND, et al.

| **PROOF OF SERVICE SUMMONS & COMPLAINT** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:* C 07 6071 MMC |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL CASE; CLASS ACTION COMPLAINT; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; CONTENTS OF JOINT CASE MANAGEMENT STATEMENT; CASE MANAGEMENT CONFERENCE ORDER; STANDING ORDERS FOR CIVIL CASES ASSIGNED TO THE HONORABLE MAXINE M. CHESNEY; NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION; ECF REGISTRATION INFORMATION HANDOUT.

3. a. Party served: NORTHWEST AIRLINES
   b. Person served: VIVAN IMPERIAL, AUTHORIZED AGENT FOR SERVICE

4. Address where the party was served: 818 W. 7TH STREET
   LOS ANGELES, CA 90017

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Wed., Dec. 05, 2007 (2) at: 9:25AM

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   on behalf of: NORTHWEST AIRLINES
   Under CCP 416.10 (corporation)

7. **Person Who Served Papers:**
   a. DOUG FORREST
   b. **FIRST LEGAL SUPPORT SERVICES**
   1511 W. BEVERY BLVD.
   LOS ANGELES, CA 90071
   c. 213-250-1111

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. *The Fee for Service was:*
   e. I am: (3) registered California process server
      (i) Independent Contractor
      (ii) Registration No.: 5141
      (iii) County: Los Angeles

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.
   Date: Mon, Dec. 10, 2007

   (DOUG FORREST)