MAYER BROWN LLP
Richard J. Favretto, Esq.
  rfavretto@mayerbrown.com
John Roberti, Esq.
  jroberti@mayerbrown.com
1909 K Street, NW
Washington, DC 20006
Telephone:  (202) 263-3000
Facsimile:  (202) 263-3300

MAYER BROWN LLP
Edward D. Johnson, Esq. (SBN 189475)
  wjohnson@mayerbrown.com
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, CA 94306-2112
Telephone:  (650) 331-2000
Facsimile:  (650) 331-2060

Attorneys for Defendant United Air Lines, Inc.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re INTERNATIONAL AIR TRANSPORTATION SURCHARGE ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS. | Master File No. 06-cv-1793-CRB<br><br>MDL No. 1793<br><br>~~[PROPOSED]~~ **ORDER DENYING PLAINTIFFS' ADMINISTRATIVE MOTION TO RELATE CASES** |

On December 4, 2007, Plaintiffs in the action *Schelly, et al. v. Air New Zealand*, *et al.*, Northern District Case No. C-07-6071-MMC ("*Schelly*"), filed an Administrative Motion to Relate Cases pursuant to Civil Local Rule 3-12, seeking to relate the *Schelly* case to the above-captioned proceeding, and to three other cases: *Wortman, et al. v. Air New Zealand, et al.*, Northern District Case No. C-07-5634-EDL; *Maloof v. Air New Zealand, et al.*, Northern District Case No. C-07-5811-MJJ; and *Ajaye, et al. v. Air New Zealand, et al.*, Northern District Case No. C-07-5911-JSW.

On December 7, 2007, Defendant United Air Lines, Inc. filed an Opposition to this administrative motion.

Upon consideration of the papers and pleadings on file, and for good cause shown, **IT IS HEREBY ORDERED** that the administrative motion seeking to relate the *Schelly* action to this action is **DENIED**.

DATED: __December 13__, 2007



_____
Hon. Charles R. Breyer
United States District Judge

[PROPOSED] ORDER DENYING PLAINTIFFS' MOTION TO RELATE CASES
Master File No. 06-cv-1793-CRB