1  BOIES, SCHILLER & FLEXNER LLP
   JOHN F. COVE, JR. (CA Bar No. 212213)
2  KENNETH F. ROSSMAN IV (CA Bar No. 237558)
   1999 Harrison St., Suite 900
3  Oakland, CA 94612
   Telephone: (510) 874-1000
4  Facsimile: (510) 874-1460
   Email:  jcove@bsfllp.com
5          krossman@bsfllp.com

6  Attorneys for Defendant Northwest Airlines

7  Additional Counsel on Signature Page

8

9

10              **UNITED STATES DISTRICT COURT**

11              **NORTHERN DISTRICT OF CALIFORNIA**

12

13  **THOMAS SCHELLY, MICHAEL** )   Case No. 07-CV-06071-MMC
    **BENSON, TORI KITAGAWA**, individually )
14  and on behalf of all others           )   **JOINT STIPULATION PURSUANT TO**
    similarly situated,                   )   **LOCAL RULE 6-1 EXTENDING TIME**
15                                        )   **TO RESPOND TO COMPLAINTS IN**
                    Plaintiffs,           )   **RELATED ACTIONS**
16                                        )
                                          )
17  vs.                                   )
                                          )   The Honorable Maxine M. Chesney
18  **AIR NEW ZEALAND, ALL NIPPON**       )
    **AIRWAYS, CATHAY PACIFIC**           )
19  **AIRWAYS, CHINA AIRLINES, EVA**      )
    **AIRWAYS, JAPAN AIRLINES**           )
20  **INTERNATIONAL, MALAYSIA**           )
    **AIRLINES, NORTHWEST AIRLINES,**     )
21  **QANTAS AIRWAYS, SINGAPORE**         )
    **AIRLINES, THAI AIRWAYS,**           )
22  **UNITED AIRLINES,**                  )
                                          )
23                                        )
                    Defendants.           )
24

25

26

27

28

JOINT STIPULATION PURSUANT TO LOCAL RULE 6-1 EXTENDING TIME TO RESPOND TO COMPLAINTS IN
RELATED ACTIONS - CASE NO. 07-CV-06071-MMC

1  Pursuant to Local Rule 6-1(a), and in light of the related "Motion for Transfer and
2  Consolidation of Related Actions to the Northern District of California Pursuant to 28 U.S.C. §
3  1407" now pending before the Judicial Panel on Multidistrict Litigation ("JPML"), Plaintiffs
4  Thomas Schelly, Michael Benson, and Tori Kitagawa, (collectively "Plaintiffs") and defendant
5  Northwest Airlines ("Defendant"), through counsel, hereby stipulate and agree as follows:

6  IT IS HEREBY STIPULATED AND AGREED that Defendant's time to answer, move or
7  otherwise plead is enlarged until the later of: (1) the date when Defendant would otherwise be
8  required to a file a response pursuant to Federal Rule of Civil Procedure 12; or (2) 45 days after
9  the JPML grants, denies, or otherwise disposes of the pending motion.  If a consolidated amended
10 complaint is filed by Plaintiffs in a single transferee Court and served on Defendant, and
11 Plaintiffs' counsel is acting as Lead Counsel, Plaintiffs agree that Defendants' time to answer,
12 move, or otherwise plead is enlarged until 45 days after such service.

13 IT IS FURTHER STIPULATED AND AGREED that defense counsel shall accept service
14 on behalf of Defendant of the summons and complaints in the above-captioned matter, including
15 any amended or consolidated complaints, and further, that Defendant shall not contest sufficiency
16 of process or service of process.  This Stipulation does not constitute a waiver of any other
17 defense including, but not limited to, the defenses of lack of personal or subject matter
18 jurisdiction or improper venue. Nothing in this paragraph shall obligate Defendant to answer,
19 move, or otherwise respond to any complaint until the time provided in the preceding paragraph.
20 The above notwithstanding, should Defendant, except pursuant to court order, respond to any
21 complaint in a related matter filed in another United States District Court prior to the date
22 contemplated by this stipulation, then Defendant shall make a simultaneous response to the
23 complaint in the above-captioned matter.
24 //
25 //
26 //
27 //
28 //

1

IT IS SO STIPULATED.

Respectfully Submitted,

Dated: December 19, 2007                BOIES, SCHILLER & FLEXNER LLP

By:     /s/ Kenneth F. Rossman IV

JOHN F. COVE, JR.
KENNETH F. ROSSMAN IV
1999 Harrison St., Suite 900
Oakland, CA 94612
Telephone: (510) 874-1000
Facsimile: (510) 874-1460

Attorneys for Defendant Northwest Airlines

Dated: December 19, 2007                SAVERI & SAVERI, INC.

By:     *Cadio Zirpoli (by authorization)*

GUIDO SAVERI
R. ALEXANDER SAVERI
CADIO ZIRPOLI
111 Pine St., Suite 1700
San Francisco, CA 94111
Telephone: (415) 217-6810
Facsimile: (415) 217-6813

STEVEN J. SERRATORE
SERRATORE-AMES LLP
9595 Wilshire Blvd., Suite 201
Beverly Hills, CA 90212
Telephone: (310) 205-2460
Facsimile: (310) 205-2464

RANDY R. RENICK
THE LAW OFFICES OF RANDY RENICK
128 N. Fair Oaks Ave, Suite 204
Pasadena, California 91103
Telephone: (626) 585-9608
Facsimile: (626) 577-7079

Attorneys for Plaintiffs