1  BOIES, SCHILLER & FLEXNER LLP
   JOHN F. COVE, JR. (CA Bar No. 212213)
2  KENNETH F. ROSSMAN IV (CA Bar No. 237558)
   1999 Harrison St., Suite 900
3  Oakland, CA 94612
   Telephone: (510) 874-1000
4  Facsimile: (510) 874-1460
   Email:  jcove@bsfllp.com
5          krossman@bsfllp.com

6  Attorneys for Defendant Northwest Airlines

7

8

9                     **UNITED STATES DISTRICT COURT**

10                    **NORTHERN DISTRICT OF CALIFORNIA**

11

12 **THOMAS SCHELLY, MICHAEL** ) Case No. 07-CV-06071-MMC
   **BENSON, TORI KITAGAWA**, )
13 individually and on behalf of all others ) **DEFENDANT NORTHWEST AIRLINES'**
   similarly situated, ) **NOTICE OF APPEARANCE OF JOHN F.**
14                                         ) **COVE, JR. AND KENNETH F. ROSSMAN**
                   Plaintiffs, ) **IV.**
15                                         )
   vs. )
16                                         ) The Honorable Maxine M. Chesney
                                           )
17 **AIR NEW ZEALAND, ALL NIPPON** )
   **AIRWAYS, CATHAY PACIFIC** )
18 **AIRWAYS, CHINA AIRLINES, EVA** )
   **AIRWAYS, JAPAN AIRLINES** )
19 **INTERNATIONAL, MALAYSIA** )
   **AIRLINES, NORTHWEST AIRLINES,** )
20 **QANTAS AIRWAYS, SINGAPORE** )
   **AIR, THAI AIRWAYS, UNITED** )
21 **AIRLINES,** )
                                           )
22                                         )
                   Defendants. )
23                                         )

24

25

26

27

28

1  TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

2  PLEASE TAKE NOTICE THAT John F. Cove, Jr. and Kenneth F. Rossman IV of Boies, Schiller & Flexner LLP, 1999 Harrison Street, Suite 900, Oakland, California 94612, hereby enter an appearance on behalf of defendant Northwest Airlines in the above-captioned matter.

Respectfully Submitted,

Dated: December 19, 2007         BOIES, SCHILLER & FLEXNER LLP

By:    /s/ Kenneth F. Rossman IV

JOHN F. COVE, JR.
KENNETH F. ROSSMAN IV
1999 Harrison St., Suite 900
Oakland, CA 94612
Telephone: (510) 874-1000
Facsimile: (510) 874-1460

Attorneys for Defendant Northwest Airlines

---

DEFENDANT NORTHWEST AIRLINES' NOTICE OF APPEARANCE OF JOHN F. COVE, JR. AND KENNETH F. ROSSMAN IV - CASE NO. 07-CV-06071-MMC