1 | BOIES, SCHILLER & FLEXNER LLP
JOHN F. COVE, JR. (CA Bar No. 212213)
2 | KENNETH F. ROSSMAN IV (CA Bar No. 237558)
1999 Harrison St., Suite 900
3 | Oakland, CA 94612
Telephone: (510) 874-1000
4 | Facsimile: (510) 874-1460
Email:  jcove@bsfllp.com
5 |         krossman@bsfllp.com

6 | Attorneys for Defendant Northwest Airlines

7

8

9 | **UNITED STATES DISTRICT COURT**

10 | **NORTHERN DISTRICT OF CALIFORNIA**

11

12 | **THOMAS SCHELLY, MICHAEL BENSON, TORI KITAGAWA**, ) Case No. 07-CV-06071-MMC
13 | individually and on behalf of all others similarly situated, ) **DEFENDANT NORTHWEST AIRLINES' CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**
14 |
15 |          Plaintiffs, )
16 | vs. ) The Honorable Maxine M. Chesney
17 | **AIR NEW ZEALAND, ALL NIPPON AIRWAYS, CATHAY PACIFIC AIRWAYS, CHINA AIRLINES, EVA AIRWAYS, JAPAN AIRLINES INTERNATIONAL, MALAYSIA AIRLINES, NORTHWEST AIRLINES, QANTAS AIRWAYS, SINGAPORE AIR, THAI AIRWAYS, UNITED AIRLINES,** )
22 |
23 |          Defendants. )

24

25

26

27

28

DEFENDANT NORTHWEST AIRLINES' CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
CASE NO. 07-CV-06071-MMC

1    Pursuant to Northern District of California Civil Local Rule 3-16, the undersigned
2  certifies that the following listed persons, associations of persons, firms, partnerships,
3  corporations, or other entities: (i) have a financial interest in the subject matter in controversy or
4  in a party to the proceeding; or (ii) have a non-financial interest in that subject matter or in a party
5  that could be substantially affected by the outcome of this proceeding:

| Name of Interested Entity | Connection/Interest |
| --- | --- |
| Northwest Airlines Corporation. | Publicly traded, indirect parent corporation of Northwest Airlines, Inc. |
| Northwest Airlines, Inc. | Primary operating entity of Northwest Airlines Corporation |

    Respectfully Submitted,

Dated: December 19, 2007        BOIES, SCHILLER & FLEXNER LLP

                By:    /s/ Kenneth F. Rossman IV

                JOHN F. COVE, JR.
                KENNETH F. ROSSMAN IV
                1999 Harrison St., Suite 900
                Oakland, CA 94612
                Telephone: (510) 874-1000
                Facsimile: (510) 874-1460

                Attorneys for Defendant

---

1

DEFENDANT NORTHWEST AIRLINES' CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
CASE NO. 07-CV-06071-MMC