1  BOIES, SCHILLER & FLEXNER LLP
   JOHN F. COVE, JR. (CA Bar No. 212213)
2  KENNETH F. ROSSMAN IV (CA Bar No. 237558)
   DEAN M. HARVEY (CA Bar No. 250298)
3  1999 Harrison St., Suite 900
   Oakland, CA 94612
4  Telephone: (510) 874-1000
   Facsimile: (510) 874-1460
5  Email:  jcove@bsfllp.com
           krossman@bsfllp.com
6          dharvey@bsfllp.com

7  Attorneys for Defendant Northwest Airlines

8

9

10                UNITED STATES DISTRICT COURT

11               NORTHERN DISTRICT OF CALIFORNIA

12

13  **THOMAS SCHELLY, MICHAEL**          )  Case No. 07-CV-06071-MMC
    **BENSON, TORI KITAGAWA,**           )
14  individually and on behalf of all others )  **DEFENDANT NORTHWEST AIRLINES'**
    similarly situated,                  )  **NOTICE OF APPEARANCE OF DEAN M.**
15                                       )  **HARVEY**
                        Plaintiffs,      )
16                                       )
                                         )  The Honorable Maxine M. Chesney
17  vs.                                  )
                                         )
18  **AIR NEW ZEALAND, ALL NIPPON**      )
    **AIRWAYS, CATHAY PACIFIC**          )
19  **AIRWAYS, CHINA AIRLINES, EVA**     )
    **AIRWAYS, JAPAN AIRLINES**          )
20  **INTERNATIONAL, MALAYSIA**          )
    **AIRLINES, NORTHWEST AIRLINES,**    )
21  **QANTAS AIRWAYS, SINGAPORE**        )
    **AIR, THAI AIRWAYS, UNITED**        )
22  **AIRLINES,**                        )
                                         )
23                                       )
                        Defendants.      )
24                                       )

25

26

27

28

DEFENDANT NORTHWEST AIRLINES' NOTICE OF APPEARANCE OF DEAN M. HARVEY
CASE NO. 07-CV-06071-MMC

1    TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

2        PLEASE TAKE NOTICE THAT Dean M. Harvey of Boies, Schiller & Flexner LLP,

3    1999 Harrison Street, Suite 900, Oakland, California 94612, hereby enter an appearance on behalf

4    of defendant Northwest Airlines in the above-captioned matter.

5

6        Respectfully Submitted,

7    Dated: February 11, 2008                BOIES, SCHILLER & FLEXNER LLP

8                                            By:    /s/ Dean M. Harvey

9                                            JOHN F. COVE, JR.
10                                           KENNETH F. ROSSMAN IV
                                             DEAN M. HARVEY
11                                           1999 Harrison St., Suite 900
                                             Oakland, CA 94612
12                                           Telephone: (510) 874-1000
                                             Facsimile: (510) 874-1460
13
14                                           Attorneys for Defendant Northwest Airlines

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1