1  BOIES, SCHILLER & FLEXNER LLP
   JOHN F. COVE, JR. (CA Bar No. 212213)
2  KENNETH F. ROSSMAN IV (CA Bar No. 237558)
   DEAN M. HARVEY (CA. Bar No. 250298)
3  1999 Harrison St., Suite 900
   Oakland, CA 94612
4  Telephone: (510) 874-1000
   Facsimile: (510) 874-1460
5  Email:  jcove@bsfllp.com
           krossman@bsfllp.com
6          dharvey@bsfllp.com

7  Attorneys for Defendant Northwest Airlines

8  Additional Counsel on Signature Page

11              **UNITED STATES DISTRICT COURT**

12              **NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **THOMAS SCHELLY, MICHAEL BENSON, TORI KITAGAWA**, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>**AIR NEW ZEALAND, ALL NIPPON AIRWAYS, CATHAY PACIFIC AIRWAYS, CHINA AIRLINES, EVA AIRWAYS, JAPAN AIRLINES INTERNATIONAL, MALAYSIA AIRLINES, NORTHWEST AIRLINES, QANTAS AIRWAYS, SINGAPORE AIRLINES, THAI AIRWAYS, UNITED AIRLINES,**<br><br>Defendants. | Case No. 07-CV-06071-MMC<br><br>**JOINT STIPULATION PURSUANT TO LOCAL RULE 6-2 AND [PROPOSED] ORDER CONTINUING COURT-ORDERED DEADLINES**<br><br>The Honorable Maxine M. Chesney |

JOINT STIPULATION PURSUANT TO LOCAL RULE 6-2 AND [PROPOSED] ORDER CONTINUING COURT-
ORDERED DEADLINES – CASE NO. 07-CV-06071-MMC

Pursuant to Local Rule 6-2, in light of the related "Motion for Transfer and Consolidation of Related Actions to the Northern District of California Pursuant to 28 U.S.C. § 1407" now pending before the Judicial Panel on Multidistrict Litigation ("JPML"), and in light of the December 19, 2007 Joint Stipulation Pursuant to Local Rule 6-1 Extending Time to Respond to the Complaints in Related Actions, Plaintiffs Thomas Schelly, Michael Benson, and Tori Kitagawa (collectively "Plaintiffs") and Defendant Northwest Airlines (Defendant"), through its counsel, hereby stipulate and agree as follows:

IT IS HEREBY STIPULATED AND AGREED that, given the length of time likely to be required by the JPML to resolve the pending motion, the efficiency in having one case management schedule set for consolidated class actions rather than proceeding separately, and the desirability of having the court to whom the matter is ultimately assigned set its own case management schedule, Plaintiffs and Defendant agree that the dates set in the Court's November 30, 2007 Order Setting Initial Case Management Conference (and the deadlines triggered by such conference) should be continued. The Initial Case Management Conference will be continued to a date within 45 days of the JPML granting, denying or otherwise disposing of the Section 1407 motion before it. After such action by the JPML, Plaintiffs and Defendant will meet and confer and submit proposed dates for the Initial Case Management Conference.

IT IS SO STIPULATED.

Respectfully Submitted,

Dated: February 11, 2008                    BOIES, SCHILLER & FLEXNER LLP

By:     /s/ Dean M. Harvey

JOHN F. COVE, JR.
KENNETH F. ROSSMAN IV
DEAN M. HARVEY
1999 Harrison St., Suite 900
Oakland, CA 94612
Telephone: (510) 874-1000
Facsimile: (510) 874-1460

*Counsel for Defendant Northwest Airlines*

1

JOINT STIPULATION PURSUANT TO LOCAL RULE 6-2 AND [PROPOSED] ORDER CONTINUING COURT-ORDERED DEADLINES – CASE NO. 07-CV-06071-MMC

| | | |
|---|---|---|
| 1 | Dated: February 11, 2008 | SAVERI & SAVERI, INC. |
| 2 | | By:   /s/ Cadio Zirpoli (by authorization) |
| 3 | | CADIO ZIRPOLI |
| 4 | | 111 Pine Street, Suite 1700<br>San Francisco, CA 94111 |
| 5 | | Telephone: (415) 217-6810<br>Facsimile: (415) 217-6813 |
| 6 | | *Counsel for Plaintiffs* |

2

JOINT STIPULATION PURSUANT TO LOCAL RULE 6-2 AND [PROPOSED] ORDER CONTINUING COURT-ORDERED DEADLINES – CASE NO. 07-CV-06071-MMC

**ORDER**

PURSUANT TO STIPULATION, IT IS ORDERED THAT, to conserve party and judicial resources, and in light of the proceedings currently pending before the JPML to consolidate and transfer all pending Pacific Air Transportation cases to one court, dates set in the November 30, 2007 Order Setting Initial Case Management Conference (and the deadlines triggered by such conference) are hereby continued. The Initial Case Management Conference will be continued to a date within 45 days of the JPML granting, denying or otherwise disposing of the Section 1407 motion before it. After such action by the JPML, Plaintiffs and Defendant will meet and confer and submit proposed dates for the Initial Case Management Conference.

Dated: February ___, 2008

_____
Honorable Maxine M. Chesney
Judge of the United States District Court