1  Guido Saveri (22349) guido@saveri.com
   R. Alexander Saveri (173102) rick@saveri.com
2  Cadio Zirpoli (179108) cadio@saveri.com
   William Heye (233249) william@saveri.com
3  SAVERI & SAVERI, INC.
4  111 Pine Street, Suite 1700
   San Francisco, CA 94111
5  Telephone: (415) 217-6810
   Facsimile: (415) 217-6813
6  guido@saveri.com
7  rick@saveri.com

8  Randy Renick (179652)
   LAW OFFICES OF RANDY RENICK
9  The Marine Building
   128 N. Fair Oaks Ave.
10 Pasadena, CA  91103
11 Telephone: (626) 585-9608
   Facsimile: (626) 585-9610
12 rrr@renicklaw.com

13 Steven Serratore (144252)
   SERRATORE-AMES LLP
14 9595 Wilshire Blvd., Suite 201
15 Beverly Hills, CA 90212
   Telephone: (310) 205-2460
16 Facsimile: (626) 205-2464
   steve@serratoreames.com
17
18 *Attorneys for Plaintiffs Thomas Schelly,
   Michael Benson, and Tori Kitagawa*

19                     **IN THE UNITED STATES DISTRICT COURT**

20                     **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

21                                 **SAN FRANCISCO DIVISION**

| | |
|---|---|
| **IN RE TRANSPACIFIC AIR PASSENGER ANTITRUST LITIGATION** | Case No. 07-cv-6071 MMC |
| | MDL No. 1913 |
| **This Document Relates to:** | |
| **Case No. 07-cv-6071 MMC** *Schelly, et al. v. Air New Zealand, et al.* | **NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT NORTHWEST AIRLINES WITHOUT PREJUDICE [F.R.C.P. § 41(a)(1)]** |

**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT NORTHWEST AIRLINES WITHOUT PREJUDICE**

1  Pursuant to Rule 41(a)(1), Federal Rules of Civil Procedure, Plaintiffs Thomas Schelly, Michael Benson, and Tori Kitagawa hereby dismiss all claims made in Case No. 07-cv-6071-MMC, without prejudice, against named defendant Northwest Airlines.

DATED: Februaury 20, 2008

/s/ R. Alexander Saveri
Guido Saveri (22349)
R. Alexander Saveri (173102)
Cadio Zirpoli (179108)
William Heye (233249)
SAVERI & SAVERI, INC.
111 Pine Street, Suite 1700
San Francisco, CA 94111
Telephone: (415) 217-6810

Randy R. Renick (179652)
THE LAW OFFICES OF RANDY RENICK
128 N. Fair Oaks Ave, Suite 204
Pasadena, California 91103
Telephone: (626) 585-9608

Steven J. Serratore (144252)
SERRATORE-AMES LLP
9595 Wilshire Blvd., Suite 201
Beverly Hills, CA 90212
Telephone: (310) 205-2460

*Attorneys for Plaintiffs Thomas Schelly, Michael Benson, and Tori Kitagawa*

2
**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT NORTHWEST AIRLINES WITHOUT PREJUDICE**